NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIGITAL MEDIA TECHNOLOGIES, INC.,**
*Plaintiff-Appellant*

**v.**

**NETFLIX, INC., AMAZON.COM, INC., HULU, LLC,**
*Defendants-Appellees*

---

2017-2408, 2017-2409, 2017-2410

---

Appeals from the United States District Court for the Northern District of Florida in Nos. 4:16-cv-00243-MW-CAS, 4:16-cv-00244-MW-CAS, 4:16-cv-00245-MW-CAS, Judge Mark E. Walker.

---

**JUDGMENT**

---

STEPHEN ROBERT RISLEY, Kent & Risley, LLC, Alpharetta, GA, argued for plaintiff-appellant. Also represented by DANIEL A. KENT.

DAN L. BAGATELL, Perkins Coie, LLP, Hanover, NH, argued for defendants-appellees. Also represented by MATTHEW COOK BERNSTEIN, San Diego, CA; ANDREW DUFRESNE, Crofton, MD; MARTIN GILMORE, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


November 13, 2018       /s/ Peter R. Marksteiner
Date                  Peter R. Marksteiner
                        Clerk of Court